STATE v. HUTCHENS

No. 234P93

Case below: 110 N.C.App. 455

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.

STATE v. KING

No. 184P93

Case below: 109 N.C.App. 698

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.

STATE v. LONG

No. 254P93

Case below: 110 N.C.App. 317

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 29 July 1993.

STATE v. McKINNEY

No. 238P93

Case below: 110 N.C.App. 365

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 July 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993. Petition by Attorney General for writ of certiorari to the North Carolina Court of Appeals denied 29 July 1993.

STATE v. MIXION

No. 250P93

Case below: 110 N.C.App. 138

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.